IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>PATRICK BURKE,<br><br>        Defendant. | 4:04CR3105<br><br>MEMORANDUM AND ORDER |

Upon consideration of the defendant's motion for modifications of conditions of release, I conclude that the electronic monitoring equipment should remain in place for the protection of the community as well as the defendant's own protection. Further, the proposed camping trip would allow too many opportunities for the defendant to be in unknown locations and to have contact, purposely or inadvertently, with children.

IT THEREFORE HEREBY IS ORDERED,

The motion, filing 32, is denied.

DATED this 15th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge