FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 AUG -5 PM 1:59

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 4:04CR3105 |
| ) | |
| vs. ) | **FINAL ORDER OF** |
| ) | **FORFEITURE** |
| ) | |
| PATRICK BURKE, ) | |
| ) | |
| Defendant. ) | |

NOW ON THIS __5__ day of ~~June~~ August, 2005, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture and Memorandum Brief. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On April 19, 2005, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Sections 2253, based upon the Defendant's plea of guilty to Counts I and II of the Information filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in the following:

(a) DIT Computer (Tower), no serial number, including all hard drives and disk drives contained in the computer processing unit;

(b) Black Generic computer Tower, no serial number including all hard drives and disk drives contained in the computer processing unit;

(c) Envision computer monitor, serial number SUGG1CB072786;

(d) Microsoft computer keyboard, serial number 5157700794313;

(e) Canon scanner, serial number UYR681293;

(f) KDS Radius Flatscreen Monitor, Model 780, serial number E7YZCB03019U, with adapter, serial number A2024N00103;

(g) Miscellaneous computer cords, wires and power supplies;

(h) Digital Camera and Webcam, Model number PDD230;

(i) Sony Cybershot Digital Camera, serial number 187308, and 32 MB memory stick.

was forfeited to the United States.

2. On May 12, 19 and 26, 2005, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the properties in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the validity of their alleged legal interest(s) in said properties. An Affidavit of Publication was filed herein on June 24, 2005 (Filing No. 30).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the subject properties, i.e.,:

(a) DIT Computer (Tower), no serial number, including all hard drives and disk drives contained in the computer processing unit;

(b) Black Generic computer Tower, no serial number including all hard drives and disk drives contained in the computer processing unit;

(c) Envision computer monitor, serial number SUGG1CB072786;

(d) Microsoft computer keyboard, serial number 5157700794313;

(e) Canon scanner, serial number UYR681293;

(f) KDS Radius Flatscreen Monitor, Model 780, serial number E7YZCB03019U, with adapter, serial number A2024N00103;

(g) Miscellaneous computer cords, wires and power supplies;

(h) Digital Camera and Webcam, Model number PDD230;

(i) Sony Cybershot Digital Camera, serial number 187308, and 32 MB memory stick.,

held by any person or entity, is hereby forever barred and foreclosed.

C. The subject properties, i.e.,:

(a) DIT Computer (Tower), no serial number, including all hard drives and disk drives contained in the computer processing unit;

(b) Black Generic computer Tower, no serial number including all hard drives and disk drives contained in the computer processing unit;

(c) Envision computer monitor, serial number SUGG1CB072786;

(d) Microsoft computer keyboard, serial number 5157700794313;

(e) Canon scanner, serial number UYR681293;

(f) KDS Radius Flatscreen Monitor, Model 780, serial number E7YZCB03019U, with adapter, serial number A2024N00103;

(g) Miscellaneous computer cords, wires and power supplies;

(h) Digital Camera and Webcam, Model number PDD230;

(i) Sony Cybershot Digital Camera, serial number 187308, and 32 MB memory stick

be, and the same hereby is, forfeited to the United States of America .

D. The United States Marshal for the District of Nebraska is directed to dispose of said property in accordance with law.

DATED this 5-th day of ~~June~~ August, 2005.

BY THE COURT:

RICHARD G. KOPF, JUDGE
United States District Court