IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:04CR3105 |
| | ) | |
| v. | ) | |
| | ) | |
| PATRICK BURKE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This case, including certain conditions of supervised release, is on appeal. That being true, and for other good and sufficient reasons,

IT IS ORDERED that the pro se motion to modify terms and conditions of supervised release (filing no. 89) is denied without prejudice. A copy of this order, together with a copy of filing no. 89, shall be provided to the United States Court of Appeals for the Eighth Circuit.

DATED this 29th day of January, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge